# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

154034(43)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

KAREN L. STRENG,
   Plaintiff-Appellee,

v

SC: 154034
COA: 323226
Mackinac CC: 2013-007445-NI

BOARD OF MACKINAC COUNTY ROAD
COMMISSIONERS,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's December 21, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



d0517

         Clerk